■ SALVATORE MONDELLO SR., et al., Individually and Doing Business as MONDELLO CONSTRUCTION, Appellants, v THOMAS FARRELL et al., Respondents. [887 NYS2d 925]—Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered October 28, 2008 in a breach of contract action. The order granted defendants' motion for summary judgment dismissing the amended complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Centra, Fahey, Carni and Pine, JJ.